1008

[No. 35641-1-I.    Division One.    August 12, 1996.]

JEFFREY G. POOLE, ET AL., *Respondents*, v. HELEN DORE, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 92-2-01195-9, Michael E. Rickert, J., entered July 11 and November 9, 1994. *Reversed* by unpublished opinion per Coleman, J., concurred in by Baker, C.J., and Ellington, J.

[No. 36314-0-I.    Division One.    August 12, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDRES E. HERNANDES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-04833-1, Arthur E. Piehler, J., entered May 27, 1994. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Ellington, J., and Moynihan, J. Pro Tem.

[No. 33245-7-I.    Division One.    August 19, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. MAURICE W. DIAS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07712-1, Harriet M. Cody, J., entered August 2, 1993. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Kennedy, A.C.J., and Becker, J.

[No. 35344-6-I.    Division One.    August 26, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. JACK S. NEWSOME, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 94-1-00090-9, Michael E. Rickert, J., entered October 6, 1994. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster and Cox, JJ.